THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDY R. MATTISON, Appellant.

Submitted October 4, 2010; decided October 14, 2010

■

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

■

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FAYOLA McINTOSH, Respondent.

Submitted September 27, 2010; decided October 14, 2010

■

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the respondent on the appeal herein.